IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ALLEN RAY WEBB, ET. AL                                              PLAINTIFFS

VS.                                                        No. 4:04CV214-D-B

CITY OF LELAND, MISSISSIPPI, ET. AL                                 DEFENDANTS

ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendant's motion for summary judgment (docket entry 28) is GRANTED in part and DENIED in part;

(2) the Plaintiff's section 1983 claims are DISMISSED; and

(3) the Plaintiff's state law claim survives the motion for summary judgment.

All itemizations, declarations, and other materials considered by this Court in ruling on this motion are hereby incorporated into and made a part of the record of this action.

SO ORDERED, this the 1st day of May 2006.

/s/ Glen. H. Davidson
Chief Judge